# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

JUDITH BARTON,

**Plaintiff,**

**v.**

UNITED STATES OF AMERICA,

**Defendant.**                                        **No. 07-0043-DRH**

## ORDER

**HERNDON, Chief Judge:**

The Court having been advised by the parties' counsel that the above action has been settled but that additional time is needed to consummate the settlement, the Clerk of the Court is **DIRECTED** to enter judgment dismissing this action with prejudice and without costs 60 days from the date of this Order. Should the parties fail to consummate settlement within 60 days, they may petition the Court to delay entry of judgment.

In light of the parties' settlement, the Court **DENIES as moot** all pending motions, if any, and **VACATES** all court dates.

**IT IS SO ORDERED.**

Signed this 26th day of March, 2008.

/s/      David R Herndon

**Chief Judge**
**United States District Court**